IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES WILLIAM HOOPER,

            Plaintiff,

   v.

LT. GARY PEDERSON, DEPUTY SAUNBURG,
DEPUTY FAVE, DEPUTY TOLE
and DEPUTY COOK,

            Defendants.

CASE CONSOLIDATION ORDER

11-cv-571-slc

---

CHARLES WILLIAM HOOPER,

            Plaintiff,

   v.

CAPTAIN CORONADO, LT. PEDERSEN,
DEPUTY GRAVES and OFFICER NEIL NEVILLE,

            Defendants.

CASE CONSOLIDATION ORDER

10-cv-743-slc

---

At the October 12, 2011 telephonic preliminary pretrial conference in Case No. 11-cv-571-slc, both sides reported that they would like to consolidate this case with Hooper's excessive force lawsuit against the overlapping defendants in Case No. 10-cv-743-SLC. That request is GRANTED. These cases have become one. In a separate order, I have confirmed that the schedule in Case No. 11-cv-571 case is the same as the schedule set in Case No. 10-cv-743.

Hereafter, when the parties submit anything to the court, they only need to submit one copy, but they must put both case numbers on their submission(s) and they must put the caption of both cases on their submission(s), although they are free to list only the first defendant in each case rather than list every defendant.

Entered this 12th day of October, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge