IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHARLES WILLIAM HOOPER,

            Plaintiff,

v.

CAPTAIN CORONADO, LT. PEDERSON,
DEPUTY GRAVES and
OFFICER NEIL NEVILLE,

            Defendants.

ORDER

10-cv-743-slc

_____

CHARLES WILLIAM HOOPER,

            Plaintiff,

v.

LT. GARY PEDERSON, DEPUTY SAUNBURG,
DEPUTY FAVE, DEPUTY TOLE and
DEPUTY COOK,

            Defendants.

ORDER

11-cv-571-slc

_____

      In an order entered on April 16, 2012, I gave plaintiff Charles Hooper until April 30, 2012 in which to advise the court whether he wished to continue prosecuting these two lawsuits. Plaintiff was informed that if he failed to respond to the April 16 order, I would dismiss these cases with prejudice under Fed. R. Civ. 9. 41(b). It is now May 11, 2012 and plaintiff has not responded in any fashion to this order. Therefore,

      It is ORDERED that plaintiff Charles Hooper's cases are DISMISSED WITH PREJUDICE for plaintiff's failure to prosecute them. The clerk of court is directed to enter judgment for the defendants and close these two cases.

      Entered this 11th day of May, 2012.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge