IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WILLIAM HOOPER,

    Plaintiff,

v.

JUNEAU COUNTY JAIL,
CAPTAIN CORONADO, LT. PEDERSON,
DEPUTY GRAVES and
OFFICER NEIL NEVILLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-743-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Charles William Hooper's failure to prosecute.

_____    _5/14/12_
Peter Oppeneer, Clerk of Court          Date